# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF
PENNSYLVANIA, PHILADELPHIA
COUNTY COURT OF COMMON PLEAS,

          Respondents

        v.

RICHIE E. SMITH,

          Petitioner

: No. 66 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2024, the "King's Bench Application for Clarification on Hybrid Representation, State Constitution, and Effective Assistance of Counsel" is DENIED, and the "Application for Leave of Court to Supplement" is DISMISSED.

Justice McCaffery did not participate in the consideration or decision of this matter.